MAXWELL B. FIELDS, Appellant, *v.* PREDIONICA i TKANICA A. D., Defendant, and ROYAL YUGOSLAV GOVERNMENT, Respondent.

Submitted April 5, 1943; decided April 15, 1943.

*William M. Chadbourne* and *Gerald B. O'Neill* for motion. *Meyer Grouf* and *Samuel R. Wachtell* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.